**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 6:09-CR-210-ORL-19GJK

GARY CHARLES NETH

_____

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 141, filed April 2, 2010) and no objection thereto having been filed, it is **ORDERED:**

1.     The Report and Recommendation of the United States Magistrate Judge (Doc. No. 141) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.     Defendant Gary Charles Neth has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

3.     Ruling on acceptance of the Plea Agreement (Doc. No. 133, filed April 2, 2010) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___5th___ day of April, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy